IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LISA ETHEREDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:12-0165 |
| | ) |
| CHARLES GENE ETHEREDGE, SR., | ) |
| ETHEREDGE DEVELOPMENT, INC., | ) |
| and ETHEREDGE MANUFACTURING | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

*[Handwritten: Quash / This motion is granted. / [signature] / 9-23-13]*

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, Lisa Etheredge, and hereby moves this Court for leave to amend the Complaint pursuant to Fed.R.Civ.P. 15(a)(2) to add St. Joseph Casket Company as a party plaintiff to this action, as well as to add Iron City Stamping, Inc., as a party defendant to the action. As grounds therefore, the Plaintiff states as follows:

1. The instant lawsuit was filed on November 9, 2012, against Defendants Charles Etheredge, Sr., Etheredge Development and Etheredge Manufacturing Company, Inc. and challenges a pattern of self-dealing mismanagement, as well as fraudulent and oppressive conduct by Mr. Charles